UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

DUSTIN G. ABRAMS,

               Plaintiff,

   vs.

JIM HARTFORD, KIM COOK and
JOE KRIETE,

              Defendants.

NO.  CV-05-5018-LRS

ORDER OF DISMISSAL WITHOUT
PREJUDICE

    BEFORE THE COURT is Plaintiff's Motion to Voluntarily Dismiss Without Prejudice (Ct. Rec. 64) filed on October 1, 2007.  Plaintiff, a prisoner at the Washington State Penitentiary, is proceeding *pro se* and *in forma pauperis*.  Defendants have been served and have filed a Motion to Dismiss Pursuant to FRCP 37, and which remains pending at this time.

    Accordingly, **IT IS ORDERED** Plaintiff's Motion to Voluntarily Dismiss Without Prejudice, **Ct. Rec. 64**, filed on October 1, 2007 is **GRANTED**.  All pending motions are deemed **MOOT** in light of the Plaintiff's motion to dismiss.

    **IT IS SO ORDERED**.  The District Court Executive is directed to enter this Order, forward a copy to Plaintiff at his last known address, enter judgment, and close the file.  The District Court

ORDER OF DISMISSAL WITHOUT PREJUDICE - 1

Executive is further directed to forward a copy of this Order to the Office of the Attorney General of Washington, Criminal Justice Division.

**DATED** this 25th day of October, 2007.

*s/Lonny R. Suko*

LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL WITHOUT PREJUDICE - 2